UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, et al., | ) |
| Plaintiffs, | ) |
| vs. | )  1:07-cv-1145-LJM-TAB |
| CONCRETE CONTRACTORS, INC., | ) |
| Defendant. | ) |

**ORDER ON JUNE 5, 2008, TELEPHONIC STATUS CONFERENCE**

The parties appeared by counsel June 5, 2008, for a telephonic status conference to address Defendant's motion for a protective order and for bifurcation. [Docket No. 26.] Counsel were given an opportunity to be heard. For the reasons stated during the proceeding, and as briefly noted below, Defendant's motion is denied.

At bottom, Defendant's motion seeks to avoid an audit unless and until the Court finds that the underlying collective bargaining agreements ("CBAs"), which permit an audit under the circumstances alleged in this case, are found to be valid and enforceable. Defendant's authorized representative signed a memorandum of understanding ("MOA") on August 17, 2005, binding Defendant Concrete Contractors to the CBAs. Defendant now claims that the Defendant signed the MOA as the result of fraud. However, beyond this bare assertion of fraud, Defendant was unable to provide any substance to support this allegation. On the contrary, the present record supports the conclusion that the Defendant's representative signed a one-page MOA that incorporated the CBAs, and that he had the ability to read and understand this agreement before signing it. There is no support for Defendant's fraud claim beyond counsel's assertion.

Defendant also expressed concerns about subjecting itself to an audit given the sensitive nature of the financial documents at issue. However, Plaintiffs have agreed to limit the information they seek to Defendant's tax and payroll records, and to limit disclosure of this information to select individuals. As a result, a protective order is sufficient to address Defendant's concerns.

In conclusion, Defendant has failed to carry its burden to justify departing from the norm and bifurcating discovery. Accordingly, Defendant's motion for a protective order and for bifurcation [Docket No. 26] is denied.

**This cause is set for a telephonic status conference at 1:30 p.m. on September 4, 2008.** Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660. The purpose of this conference is to address settlement in light of the anticipated audit results.

Dated:   06/09/2008

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Anthony W. Overholt
LOCKE REYNOLDS LLP
aoverholt@locke.com

Donald D. Schwartz
ARNOLD & KADJAN
dds3662@yahoo.com

Daniel B. Strunk
LOCKE REYNOLDS LLP
dstrunk@locke.com